HARMON HENDRICKS, as Substituted Trustee under the Will of CHARLOTTE GOMEZ, Deceased, *v.* ALBERT HENDRICKS et al., Appellants; REBECCA SAMUEL et al., Respondents.

*Hendricks* v. *Hendricks*, 3 App. Div. 604, affirmed.
(Argued October 19, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 11, 1896, which modified and as modified affirmed a final judgment entered upon the report of a referee.

*Michael H. Cardozo* for appellants.

*George W. Wickersham* and *Alfred Lyons* for respondents.

Order affirmed on opinion below, with costs.
All concur, except BARTLETT, J., dissenting.